**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JONATHAN COTTO,

                         Petitioner,

    -against-

SUPERINTENDENT MICHAEL CAPRA, *of*
*Sing Sing Correctional Facility*,

                         Respondent.

------------------------------------- x

<u>ORDER</u>

20 Civ. 6025 (GBD)

GEORGE B. DANIELS, United States District Judge:

Petitioner's letter request for a thirty (30) day extension of time until June 11, 2021 to file objections to the Report and Recommendation issued by the Hon. Steward D. Aaron's on May 3, 2021 is GRANTED.

The Clerk of Court is directed to mail a copy of this Order to Petitioner.

Dated: New York, New York
       May 19, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge