**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,                    20 **CIVIL** 6025 (GBD)

     -against-                      **JUDGMENT**

JONATHAN COTTO,
                      Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 24, 2022, Magistrate Judge Aaron's Report is ADOPTED. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
           February 24, 2022

                                                        **RUBY J. KRAJICK**
                                                    _____
                                                     **Clerk of Court**
                 **BY:**
                                                     *K. Mango*
                                                   _____
                                                     **Deputy Clerk**